UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

STONE, CHARMAINE          Case No. 09-11722-HAC-7

Debtor(s).

## MOTION TO DISBURSE FUNDS

Comes now Lynn Harwell Andrews, the Trustee herein ("Trustee"), and moves the Court to approve the disbursement of exempt funds to the Debtor, Charmaine Stone. As grounds for this motion, the Trustee shows as follows:

1. The Trustee received funds in the amount of $5,504.00 on the $8,600.00 divorce judgment against Kelvin Barnes, through his Chapter 13 plan in Case No. 09-12438.

2. The Debtor has a claim of exemption with regards to the divorce judgment in the amount of $2,429.00.

WHEREFORE, the Trustee prays that the Court will enter an order authorizing her to disburse to the Debtor, Charmaine Stone, the sum of $2,429.00 as her claim of exemption with regard to the divorce judgment against Kelvin Barnes, and Trustee prays for such other, further and different relief as the Court may deem appropriate.

Dated: May 6, 2015

*/s/ Lynn Andrews*

LYNN HARWELL ANDREWS, Trustee
P. O. Box 2094
Fairhope, Alabama 36533
(251) 929-7922

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the Trustee's Motion to Disburse Funds was sent electronically or via U.S. First Class Mail, postage paid, to the following on this 6th day of May 2015.

*/s/ Lynn Andrews*
_____
LYNN HARWELL ANDREWS

Copies to:

STONE, CHARMAINE
4128 YORKSHIRE LN
MOBILE, AL 36609-2305

Brent T. Day, Esq.
P. O. Box 2545
Mobile, AL 36652