## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In Re

STONE, CHARMAINE                                    Case No. 09-11722-HAC-7

     Debtor(s).

### ORDER

This matter came on for hearing on the Trustee's motion to disburse exempt funds to the Debtor. Appearing were Lynn Harwell Andrews, the Trustee herein, and Dragan Stojanovic, attorney for the Debtor. It appears to the Court that mail to the Debtor was returned by the U.S. Post Office with no forwarding address, and that the Debtor's attorney has no updated contact information for the Debtor. It further appears that the motion should be granted, but the funds paid into Court as unclaimed funds.

Therefore, it is ORDERED that the Trustee's motion to disburse funds to the Debtor is GRANTED, and the Trustee is authorized to disburse the Debtor's exempt funds in the sum of $2,429.00, and that such funds shall be paid to the Clerk, U.S. Bankruptcy Court as unclaimed funds.

Dated: June 3, 2015

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE