**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No: 09-11722 -HAC
Case Name: STONE, CHARMAINE
Taxpayer ID No: *******0460
For Period Ending: 06/24/15

Trustee Name: LYNN HARWELL ANDREWS
Bank Name: UNION BANK
Account Number / CD #: *******3369 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/12 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, AL 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 193.75 | | 193.75 |
| 01/18/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 94.23 | | 287.98 |
| 02/22/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, AL 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 99.56 | | 387.54 |
| 03/22/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 87.80 | | 475.34 |
| 04/19/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 89.98 | | 565.32 |
| 05/17/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 92.11 | | 657.43 |
| 06/21/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 298.79 | | 956.22 |
| 07/19/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 92.09 | | 1,048.31 |
| 08/16/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 92.07 | | 1,140.38 |
| 09/24/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 93.19 | | 1,233.57 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,218.57 |
| 10/18/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, AL 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 423.50 | | 1,642.07 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,627.07 |
| 11/22/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 654.50 | | 2,281.57 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 09-11722 -HAC  
Case Name: STONE, CHARMAINE  
Taxpayer ID No: *******0460  
For Period Ending: 06/24/15  

Trustee Name: LYNN HARWELL ANDREWS  
Bank Name: UNION BANK  
Account Number / CD #: *******3369 Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $ 0.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,266.57 |
| 12/20/13 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 218.74 | | 2,485.31 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,470.31 |
| 01/17/14 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 407.26 | | 2,877.57 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,862.57 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,847.57 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,832.57 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,817.57 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,802.57 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,787.57 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,772.57 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,757.57 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,742.57 |
| 10/17/14 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 895.75 | | 3,638.32 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,623.32 |
| 11/21/14 | 5 | JOHN C. McALEER III, TRUSTEE U.S. BANKRUPTCY COURT POST OFFICE BOX 1884 MOBILE, ALABAMA 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 895.75 | | 4,519.07 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,504.07 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,489.07 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,474.07 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,459.07 |
| 03/20/15 | 5 | OFFICE OF THE CHAPTER 13 TRUSTEE SOUTHERN DISTRICT OF ALABAMA P. O. BOX 1884 MOBILE, AL 36633 | LAWSUIT, CONTINGENT, UNLIQ. CLAIMS | 1149-000 | 774.93 | | 5,234.00 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,219.00 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,204.00 |
| 06/24/15 | 010001 | CLERK, U.S. BANKRUPTCY COURT 201 ST. LOUIS STREET MOBILE, AL 36602 | EXEMPT AMOUNT C.O. 6-3-15 | 8100-000 | | 2,429.00 | 2,775.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-11722 -HAC | Trustee Name: LYNN HARWELL ANDREWS |
| Case Name: STONE, CHARMAINE | Bank Name: UNION BANK |
| | Account Number / CD #: *******3369 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******0460 | |
| For Period Ending: 06/24/15 | Blanket Bond (per case limit): $ 0.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | |
| *******3369 | 17 Deposits | | 5,504.00 | 1 Checks | 2,429.00 |
| | 0 Interest Postings | | 0.00 | 20 Adjustments Out | 300.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ | 5,504.00 | | |
| | 0 Adjustments In | | 0.00 | Total | $ 2,729.00 |
| | 0 Transfers In | | 0.00 | | |
| | Total | $ | 5,504.00 | | |

I hereby certify that the above
information is true & complete to
the best of my information and belief.

/s/ LYNN HARWELL ANDREWS

Trustee's Signature: _____ Date: 06/24/15
                    LYNN HARWELL ANDREWS